FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ DEC 0 7 2009 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
B. F., an infant over the age of 14 years, by her natural guardian and father, **DANIEL J. FROMMELL** and **DANIEL J. FROMMELL**,

                                  Plaintiffs,

      -against-

**21ST CENTURY SHOWS, INC.**,

                                  Defendant.
-----------------------------------------------------------------X

**SUPPLEMENTAL AFFIDAVIT**

Docket 1:08-cv-01753 (VVP)

**DANIEL J. FROMMELL**, being duly sworn, deposes and says.:

I am the natural guardian and father of the infant plaintiff, **B. F.**, who was born on the 18th day of February, 1993. Said infant resides with me at 1329 47th Street, Borough of Brooklyn, City and State of New York 11219. I respectfully submit this Supplemental Affidavit, as the Court directed by Order dated November 23, 2009.

As set forth in my original affidavit, Arie Fleischer, M.D., treated my daughter for the injury she sustained in the accident. His fees were paid him directly by insurance, in the total amount of $443.89. I was not out-of-pocket any amount.

Neither I nor any other member of my family has become concerned in this application or its subject matter at the instance of the defendant, directly or indirectly, has made any claim for damages as a result of this incident, nor has received nor are to receive any compensation, directly or indirectly. In my original affidavit, I consented to discontinue my own derivative action.

Finally, the proposed distribution of the $45,672.62 to be received from the defendant is as follows: (1) The sum of $2391.62 to my lawyers, IROM, WITTELS,

FREUND, BERNE & SERRA, P.C., which was the total of their disbursements in prosecuting the action; (2) legal fee to my lawyers (one-third of the net) of $14,427.00, from which they will pay the Law Offices of MURRAY RICHMAN the sum of $4809.00; and (3) the sum of $28,854.00 to an officer of Chase Bank and me, to be held in trust for my daughter B.F. I approve this distribution.

                                                _____
                                                DANIEL J. FROMMELL

Sworn to before me this
     day of December, 2009

_____
Notary Public

        RICHARD W. BERNE
   Notary Public, State of New York
        No. 02BE6014912
     Qualified in Kings County
  Commission Expires October 19, 2010